UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-195-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **O R D E R** |
| JOSEPH CARL HOLLIS | |

This matter comes before the court upon the unopposed motion by defendant requesting permission to travel outside this district for family visits to celebrate Thanksgiving. For good cause shown, the motion is allowed, and permission is hereby granted for defendant to leave the district on Tuesday, November 25, 2014, and to return to the district by 10:00 p.m. on Sunday, November 30th.

Defendant shall provide a detailed itinerary to his supervising probation officer before travel commences, including the addresses he will stay each day he is away from this district, and points of contact and telephone numbers where he may be reached throughout the trip.

SO ORDERED this __13__ day of November, 2014.

JAMES C. DEVER III
Chief United States District Court Judge