# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. JOSEPH CARL HOLLIS                      Docket No. 5:13-CR-195-1D

### Petition for Action on Probation

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of JOSEPH CARL HOLLIS, who, upon an earlier plea of guilty to Conspiracy to Commit Mail, Wire, and Bank Fraud, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on October 28, 2014, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall provide the probation office with access to any requested financial information.

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

3. The defendant shall abide by all conditions and terms of the home detention program for the first 18 months of probation. The defendant shall be restricted to current residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, medical treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was ordered to complete 18 months of home detention without location monitoring. He is currently employed as a nursing technician and works night shift. Participation in the Voice Recognition Monitoring System will allow automated confirmation that Mr. Hollis is abiding by the terms of his home detention. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for the first 18 months of probation. The defendant shall be restricted to current residence at all

JOSEPH CARL HOLLIS
Docket No. 5:13-CR-195-1D
Petition For Action
Page 2

times except for pre-approved and scheduled absences for employment, education, religious activities, medical treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall participate in the Voice Recognition Monitoring System and follow all procedures of this automated verification system.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Julie Wise Rosa
Julie Wise Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: November 17, 2014

## ORDER OF COURT

Considered and ordered this 17 day of November, 2014, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge