UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-195-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH CARL HOLLIS | **ORDER** |

This matter came before the Court, upon motion filed by the Office of the Federal Public Defender seeking a modification to Defendant's probation conditions. The United States, through counsel, does not oppose the motion.

The Court concludes that the motion should be allowed.

THEREFORE, it is hereby Ordered that the probation conditions are modified to allow the supervising United States Probation Officer (USPO) to grant advance approval for Defendant to travel overnight outside the Eastern District of North Carolina, whenever the USPO deems appropriate, for work purposes. All other conditions of the Judgment dated October 28, 2014 remain in effect.

SO ORDERED this _30_ day of _March_, 2015.

JAMES C. DEVER III
Chief United States District Court Judge