UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-195-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| JOSEPH CARL HOLLIS | |

This matter came before the Court, upon motion filed by the Office of the Federal Public Defender seeking a modification to Defendant's probation conditions. The United States, through counsel, does not oppose the motion.

The Court concludes that the motion should be allowed.

THEREFORE, it is hereby Ordered that the probation conditions are modified to terminate the remainder of the home detention special condition originally imposed. All other conditions of the Judgment dated October 28, 2014 remain in effect.

SO ORDERED this **28** day of December, 2015.

JAMES C. DEVER III
Chief United States District Court Judge